5

Annette-Lynn: McKenna©, Principal
Private Woman
Non-Domestic
C/o: [989] South Main, Suite A, #418;
[Cottonwood] Arizona Republic,
Zip Code Exempt (DMM 122.32) [00000].
greenfireonu@protonmail.com


FILED
NOV 13 2023

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

IN RE:

ANNETTE MCKENNA©

ALLEGED DEBTOR.

Annette-Lynn: McKenna©

Movant And Beneficiary.

Case No. 3:23-bk-00013-DPC
Chapter 7
Adversary No. 3:23-AP-00086
Adversary No. 3:23-AP-00092
Adversary No. 3:23-AP-00193

**EMERGENCY ORDER TO SHOW CAUSE**

## EMERGENCY ORDER TO SHOW CAUSE

NOW COMES, Annette-Lynn: McKenna©, Principal appearing specially by and through the ANNETTE MCKENNA© BANKRUPTCY ESTATE, herein "Movant and Beneficiary" hereby submits this Notice for Emergency Order To Show Cause.

The Movant and Beneficiary is unequivocally situated beyond the jurisdictional boundaries of this district, and I hereby assert that there exists no in personam jurisdiction that applies to this case. Furthermore, the Movant and Beneficiary is acutely aware that subject matter jurisdiction is conspicuously absent. Neither the Movant and Beneficiary nor the U.S. Constitution of 1787 and the Bill of Rights 1791 hereinafter referred to as "The Organic Primary Contract 1787-1791," can be

- 1 -
EMERGENCY ORDER TO SHOW CAUSE

reasonably encompassed within the scope of this District, as the very inception of the Organic Primary Contract of 1787-1791, under the doctrine of Lex Loci Contractus, predates the establishment of this district located "in this State." The governing law that governs the Organic Primary Contract of 1787-1791, is that which was in force at the precise moment of its creation, in accordance with the principle of adhering to the law in effect at that specific juncture. It is essential to underscore that the District of Columbia did not exist at the time when the Organic Primary Contract of 1787-1791, was officially ratified.

Movant and Beneficiary was not duly informed by any of my public officials, officers, or trustees that Movant and Beneficiary would be subjected to the jurisdiction of **the law merchant** Lex Mercatoria (private international law), which stands outside the purview of the Organic Primary Contract of 1787-1791.

There exists no authority that grants this Court the prerogative to supplant Public Law with Internal Laws. All public servants are bound by an obligation to uphold and safeguard the federal constitution. When a Court transcends the very laws, they solemnly swore to protect and defend, it ventures into the territory of treason and/or sedition.

The assertion that this Court has subject matter jurisdiction is without merit, as it does not function as an Article III court in accordance with the Organic Primary Contract of 1787-1791.

**WHEREFORE**, for the reasons stated above, the Movant and Beneficiary, Annette-Lynn: McKenna©, by and through the ANNETTE MCKENNA© BANKRUPTCY ESTATE, respectfully prays for the following relief from this Honorable Court:

1. An immediate declaration that there is no in personam jurisdiction over the Movant and Beneficiary within this district, or any other district "in this State."
2. An immediate declaration that subject matter jurisdiction is lacking in this case.
3. An acknowledgment that the District of Columbia did not exist at the time when the Organic Primary Contract of 1787-1791 was ratified.
4. A declaration that the Movant and Beneficiary was not duly informed of being subjected to the jurisdiction of ***the law merchant*** Lex Mercatoria (private international law) and that such jurisdiction stands outside the purview of the Organic Primary Contract of 1787-1791, and is only applicable to those located inside the district.
5. An affirmation that this Court lacks the authority to supplant Public Law with Internal Laws and that all public servants, and trustees are obligated to uphold and protect the constitution.
6. An immediate recognition that the assertion of subject matter jurisdiction by this Court is without merit, as it does not function as an Article III court in accordance with the Organic Primary Contract of 1787-1791.

- 3 -
EMERGENCY ORDER TO SHOW CAUSE
Case 3:23-ap-00092-DPC   Doc 84   Filed 11/13/23   Entered 11/14/23 09:50:53   Desc
Main Document    Page 3 of 5

7. An order declaring that the conversion of the Plaintiff's property was illegal and in violation of the Public Law.

8. Any further relief that this Court deems just and equitable in light of the circumstances.

Movant and Beneficiary respectfully requests that this Court grant the above relief and take any other actions necessary to protect the rights and interests of the Movant and Beneficiary in accordance with the supreme law of the land and the Constitution for the United States of America.

Movant and Beneficiary further prays that this Emergency Order to Show Cause be heard and resolved promptly, given the urgent nature of the issues presented.

Movant and Beneficiary reserves all rights and objections, whether legal or equitable, and expressly retains the right to seek any additional relief deemed necessary in the interest of justice.

Choice of Law. Refusing any and all presumptions, this Notice shall be governed by the supreme law of the land by a republican form of government pursuant to the supremacy clause contained within the primary contract, also known as the United States Constitution of 1787 and the Bill of Rights of 1791, exclusive of all [public policy, Uniform Laws or Acts, Internal Law, private rules or promulgations], as well as any other form of private international law currently being employed by the

forum state or other adversarial entity, or any other form of private law, here now and forevermore.

<u>Proper Venue</u>. This Notice shall be governed outside of any district, within an "Article III" court of law by a republican form of government as required by the Organic Primary Contract of 1787-1791, even if the state's forum tribunal is currently operating from within any district.

Respectfully submitted,

By: <u>[*Signature located on right margin in relation to this contract]</u>
McKenna©, Annette without the United States and located outside of the district.

*[handwritten signature in right margin: "in relation and not party to, McKenna : Annette-Gen"]*